Argued April 26, affirmed June 13, 1978

CROSTA, *Petitioner,*

*v.*

GATES McDONALD & COMPANY, *Respondent.*

(No. 77-1217, CA 9589)

579 P2d 901

Bernard Jolles, Portland, argued the cause for petitioner. With him on the brief was Franklin, Bennett, Ofelt & Jolles, Portland.

Elizabeth K. Reeve, Portland, argued the cause for respondent. With her on the brief were Souther, Spaulding, Kinsey, Williamson & Schwabe, and James D. Huegli and Ridgway K. Foley, Jr., Portland.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Co.,* 33 Or App 241, 576 P2d 27 (1978).